660 A.2d 1192

ARTHUR RUSSO, MUNICIPAL CHAIR UNION TOWNSHIP DEMO-
CRATIC ORGANIZATION v. NANCY J. ISSENMAN, CLERK,
UNION TOWNSHIP AND WALTER G. HALPIN, CLERK, UN-
ION COUNTY, MICHELE J. TERMOTT, JOHN RUSSO, AND
STACEY BOFF.

May 24, 1995.

Certification is granted, and the judgment below is summarily
reversed.   See *Lesniak v. Budzash,* 133 *N.J.* 1, 626 A.2d 1073
(1993).

Chief Justice WILENTZ and Justices HANDLER, O'HERN,
GARIBALDI, and STEIN join in this Order.

Justices POLLOCK and COLEMAN would grant certification
and summarily affirm the judgment below.